JEFFREY DONALDSON v. JAMES LARRY SHEARIN AND FRANCES B. SHEARIN

No. 140A01

(Filed 5 October 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 142 N.C. App. 102, 541 S.E.2d 777 (2001), reversing an order entered 21 December 1999 by Evans, J., in District Court, Nash County, and remanding for entry of judgment for plaintiff. Heard in the Supreme Court 13 September 2001.

*Massengill & Bricio, P.L.L.C., by Clint E. Massengill, for plaintiff-appellee.*

*Dill, Fountain, Hoyle, Pridgen & Stroud, L.L.P., by William S. Hoyle, for defendant-appellants.*

PER CURIAM.

AFFIRMED.